**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BINTOU HAIDARA, | : | |
| *Petitioner*, | : | Case No. 1:26-cv-818 |
| v. | : | Judge Jeffery P. Hopkins |
| MATTHEW PUTRA, in his Official Capacity, Acting Director of Enforcement and Removal Operations, *et al.*, | : | |
| *Respondents*. | | |

## SCHEDULING ORDER

The Court previously ordered the parties to confer and propose a case schedule. Doc. 4. Based on that joint proposal (Doc. 6), the Court sets the following schedule:

**PERTINENT SETTINGS**

- Respondents' Return of Writ due: **August 31, 2026**
- Petitioner's Reply due: **September 8, 2026**

**IT IS SO ORDERED.**

August 25, 2026

Jeffery P. Hopkins
United States District Judge